**Exhibit A to the Complaint**

**Location:** Avon, CT  **IP Address:** 65.96.105.223
**Total Works Infringed:** 40  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | Vixen | 10/22/2018 22:07:58 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 2 | 0055B788E96EAA3B5D4A4142C2DF5337045FFD4D | Vixen | 07/13/2018 21:01:00 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 3 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/03/2018 22:44:38 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 4 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 09/30/2018 21:16:30 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 5 | 0AC91C9EC33B89F3F34C74B82B0F5475D6CADF38 | Blacked Raw | 06/27/2018 00:48:54 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 6 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | Vixen | 11/16/2018 22:02:45 | 11/15/2018 | 12/09/2018 | 17210345323 |
| 7 | 209ADEA84CE0566D845611964D4E17054104ACA5 | Tushy | 08/31/2018 21:36:52 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 8 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | Tushy | 08/15/2018 01:12:25 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 9 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | Tushy | 07/27/2018 21:11:15 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 10 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | Blacked Raw | 11/04/2018 23:50:02 | 11/03/2018 | 12/09/2018 | 17210231043 |
| 11 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 02/13/2018 13:56:24 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 12 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 10/09/2018 17:26:31 | 10/08/2018 | 11/01/2018 | 17093717692 |
| 13 | 3F55299C0340DB28E93C088B26DEC2825875EAF3 | Tushy | 04/09/2018 12:01:13 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 14 | 3FB58C26F2A88B2C84071FDFC4BED925A4041D7B | Tushy | 05/06/2018 23:30:15 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 15 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 07/01/2018 17:52:55 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 16 | 400E090F4802B871662C556A82ABFC945392215F | Blacked | 05/16/2018 22:41:29 | 05/15/2018 | 06/19/2018 | PA0002126654 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 07/31/2018 22:14:37 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 18 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | Blacked | 10/29/2018 22:00:49 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 19 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/14/2018 15:10:02 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 20 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 07/01/2018 16:31:57 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 21 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 09/24/2018 21:28:43 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 22 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/07/2018 23:35:11 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 23 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 10/21/2018 15:52:17 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 24 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/05/2018 20:59:01 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 25 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/26/2018 21:52:47 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 26 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/29/2018 00:39:03 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 27 | 88CC37185550B7F47C66918862B844C8056F3C00 | Tushy | 07/07/2018 20:27:44 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 28 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/25/2018 22:07:14 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 29 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/04/2018 10:41:42 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 30 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 06/26/2018 21:17:21 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 31 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/27/2018 13:14:25 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 32 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/22/2018 21:42:37 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 33 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | Tushy | 10/25/2018 22:04:26 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 34 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/06/2018 20:13:15 | 09/06/2018 | 11/01/2018 | 17093718131 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 09/30/2018 13:56:46 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 36 | E07877B71CF19666B48388AB9C202988860AC477 | Tushy | 05/02/2018 18:18:19 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 37 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 01/29/2018 21:03:58 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 38 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/05/2018 21:57:14 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 39 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/22/2018 21:58:22 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 40 | FF487258F6D9E2E846445A223A569DF217B200E8 | Tushy | 04/03/2018 18:24:24 | 04/01/2018 | 04/17/2018 | PA0002116061 |